**ORDERED.**

**Dated: January 06, 2011**



_____
**EILEEN W. HOLLOWELL**
**U.S. Bankruptcy Judge**

_____

Kathryn L. Johnson (#19150)
Law Office of Kathryn L. Johnson, PLC
4337 E. 5th Street
Tucson, AZ 85711
(520) 743-2257; (520) 743-2231 facsimile
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In Re: | ) | In Proceedings Under Chapter 13 |
| | ) | |
| YOLANDA PEDREGON, | ) | Case No. 4:10-bk-27499-EWH |
| | ) | |
| Debtor. | ) | |
| | ) | ORDER APPROVING |
| | ) | STIPULATION TO DETERMINE |
| | ) | THE EXTENT AND VALIDITY |
| | ) | OF CHASE BANK'S LIEN |
| _____ | ) | |

     This matter having come before the Court, and the parties having entered a Stipulation to Determine the Extent and Validity of CHASE BANK's Lien,

     IT IS ORDERED approving the Stipulation to Determine the Extent and Validity of CHASE BANK's lien, attached hereto as Exhibit 1.